USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA, :

-against- : 93 Cr. 181 (WHP)

VICTOR ALAVAREZ, : ORDER

Defendant. :

---------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

This Court has received no less than five letter requests, two of which are attached to this order, from the defendant in the last three months. Additionally, the United States Attorney's Office in the Southern District of New York has received correspondence directly from the defendant. Because this case is closed, the defendant is directed to cease corresponding with chambers or the United States Attorney's Office. If the defendant wishes to challenge his conviction or sentence, he is directed to contact the Pro Se Office in the Southern District of New York. Therefore, all outstanding letter requests by the defendant as of May 28, 2009 are denied.

Dated: New York, New York
May 28, 2009

SO ORDERED:

WILLIAM H. PAULEY III,
U.S.D.J.

*Copies mailed to:*

Paul Krieger, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for the Government*

Victor Alvarez
34848-054
USP High (Florence CO),
P.O. Box 8500
Florence, CO 81226
*Pro-se defendant*

victor alvarez
vs
united States of america

civil case # 55 CR 181 MBH
11/05/09

RECEIVED
MAY 18 2009
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

I am asking the USA Federal court to send me back my certified card of certified legal mail ~~the~~ prison u.s.p. has refused to advised me of my certified mail have go out of the prison of u.s.p to u.s. court, if you have receibe my legal matter to please grant petitioner release from u.s. prison BoPrison so I can go home bore an ~~the~~ FBi agent explosive expert OR Federick Whitehurst because he succesfully filed an civil law suit against the crime lab of washinton DC on 1996 and succesfully win its civil law suit bore a miscarried of justice for tampering with my street bore evidences of diesel oil — fertiliz fertilizer and u.s. court granted his victory civil law suit on March 17 2003 u.s. government have not granted petitioner and its codefendants released from u.s. Bureau of prison but also BoP desire and ~~intelligentes~~ technological warfare and ciber electronical devices and Stardars state

expose a expert when ran an covered to my head and neck verb spine and our legs pivots parts since 1993 in which Bop[illegible] federal organized mafia are sweeping. I recevied orders investigation from NY-KS-TX-Colorado missouri OKL and ILL. but since the most [illegible] attack at leavenworth I still fear keep segregated due to pight publicity and personal problem to keep me away from law library but also keep me overmicated and been giving me an [illegible] biological [illegible] colonel [illegible] at USA military CSI-NASA-SOS-G.I.D.E.O.N and marine, air force yard walls across U.S.A and [illegible] and [illegible] me by US military due to the [illegible] against Alkada and terrorism but on personal problem of money or veteran expert on the [illegible] [illegible] of the criminal [illegible] $ Bureau of Prison, I still [illegible] to be release from U.S.P. Bop[illegible] due to the [illegible] [illegible] of U.S. federal government against me of sedition conspiracy on count 1 count 5 bombing conspiracy count 6 attempted bombing with out an bomb or chemical to [illegible] as bomb an with out an tape recorder or witness at trial or before trial or after trial but also on count 15 [illegible] an fire arm and count 16 using and carrying an fire arm in the [illegible] and [illegible] conference with evidence to prove ②

~~to~~ proof ~~that~~ I did not shipped ~~the~~ fire arm and owned and arried a fire arm between ~~interstate~~ and foreign commerce — because evidence proof ~~I~~ I did owned and carried ~~the~~ ~~[illegible]~~ fire arm in ~~the~~ ~~interstate~~ and forein commerce also evidence proof ~~that~~ U.S. government comitted perjury 28 times on count 5 and 28 times on count 6 and endless perjury on count 1 that my material proof innocent and been keep in prison due to BOP refusing veterans who suffer from delusional schizophrenia[illegible] evidence been using mulitary technologital stations biologied weapons since 1997 but been attacking me segregating keeping me unavailable so I can never get an victory over judicial dept criminal enter prise by keeping innocent and depriwed of justice — so much ~~that~~ I should have — been freen since 1993 but also after FBI ~~[illegible]~~ Sedwick wrote facts in his lawsuit I should have been set free ↓ (5)

with out any delayed beheld 6 years and so after FBI civil law suit I recovered trying to motion U.S. government are falsely reveal both also petitioner can gather to only 5 postal stamps per social inmate to outward are letter at every 6 months, because corrupt prison staff don't let none of my legal motion in with. I ask fellow freedom BC prison mobsters clans conspired against me to keep me in prison getting in gutty massive intelligence-military intelligence technological level prison-ring their invisible satanic Hand at stars wars exotic weapons of laser technologies and espionage tech, while keeping me segregate ben listening are suspect that I am under investigation due to the attacks against World Trade Center and Pentagon in 2001 and I have been in federal prison all ... since 1993 I ask for this court at deny prison sentence at side and set petitioner free.

Thank you.

victor alvarez
vs
united states of america

civil case# 93CR181(WHP)
17/05/009

RECEIVED
MAY 22 2009
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

comes now petitioner [illegible] from this court judge william pauley to give me an reazen for denial of petitioner victor alvarez motion which deals of the civil law suit of FBI agent Federick White [illegible] who testified at petitioner trial on 1995 and filed an civil law suit on 1996 and white's civil law suit, I been since 1997 under siege by the u.s. army [illegible] and air force - SCS - CIA because the Bureau of prisons falsed accused me of me been an [illegible] and to get me an army [illegible] intelligence technological deal [illegible] using F.I.S.A. I been torture getting an national international biological 6 Rain Colored [illegible] by BOP - NASA - Pentagon official but now the BOP veteran still keeps me [illegible] [illegible] and [illegible] saying that I am under investigation while killing me [illegible], I have wrote to U.S. government [illegible] c. mc carthy and Patrick [illegible] Robert Kennedy - but I never receive no answer from

united States federal government a FBI — agent name - Federick white whitehurts — who win a civil law suit a FBI crime-lab a washington DC and I did file a ~~a~~ motion until finally was receibe ~~and~~ after 6 years of re mailing the same - motion over and over arguing the motion argument is ~~that~~ if there were no explosive why ~~the~~ government continued with ~~the~~ false alegation against petitioner giving a false conviction of sedition conspiracy a ~~count~~ count ~~2~~ 1 and count 5 bombing conspiracy count 6 attempted bombing with out a bomb or chemicals to generate a bomb according to FBI explosive expert james - thurman who testified ~~that~~ there were no bombs or chemical to generate a bomb and also ~~the~~ explosive expert — of the FBI Federick white hurts who testified at trial for USA federal govern and told the U.S. government ~~that~~ there was no bomb chemicals to generate a bomb nor ~~there~~ was any bomb ~~that~~ the FBI crime lab in washington DC did tampered with ~~the~~ evidences of my ~~street~~ case, this very FBI did win his civil law suit a march 17, 2003 but its ~~the~~ reality ~~that the~~ U.S. government has never got he Released from federal prison custody — where by law they must release free ②obligatory. the U.S. government

did committed perjury when they false accused me of conspiracy to over-throw the U.S. government without any evidence to support their false accusation of sedition conspiracy neither have no testimony nor they have no military staff and only they have its an equipment drawn made by the FBI and no bombs no chemicals to generate the alleged the faked accusation and FBI agent white hurt did win an civil law suit for changing the fertilizer and diesel oil for the real deal explosive so much that after FBI agent federick white hurt testifie for U.S. government the U.S. goverment continued with its case against me getting me convicted with physical evidence and Recorded conversations to proof innocent using public defendant attorney Bobby M. Serra who help the U.S. government to get me convicted while innocent FBI Federick white hurt civil law suit reached the U.S. Congress but its my understanding that the motion I did filed its supported by evidence and not as bull shit so petitioner ask the judge as to why you denied illegal procedure to set the

petitioner always written sentenced at side when by law you [illegible] have to set sentenced at side and when you denied a motion supported by evidence and oral argument of U.S. Constitution very well argumented when you denied with correct document supported by prima evidence of U.S. constitutional violations this mean you are overgrantly supporting a illegal arrest and illegal political false accusation and conviction while I am innocent then you are committing perjury by giving support to U.S. prosecutor political [illegible] willfully maliciously wrongfully illegal arrest political prosecution and conviction without any evidence for U.S. federal government send me to prison to do 35 years while innocent the democracy of U.S. I have stated that no man should send to prison while innocent so why then you do not set petitioner prison sentence at side and clean me off of the dirt the FBI and prosecutor put on me on 1993 and 199[illegible] and set me loose, if you have a sense of justice and a political correctness in your head then you [illegible] should and must read my oral constitutional argument ongoing and set at side the illegal willfully maliciously wrongfully conviction of U.S.A. after false accused me of a crime I didn't

convicted on 1993 that was the united states perjury who got me arrested and falsely convicted with an false allegation of terrorism conspiracy with out any proof or recorded conversations to proof the I felt took in an with an terrorism conspiracy bombing conspiracy on count 5 on count 6 attempted bombing with out an bomb and with out an recorded conversation and with out any witnesses to proof these false accusation of united states prosecutor against me then you have to question the reasoning why the prosecutor went on with the trial when the FBI did told the u.s. government there were no chemicals to general an bomb no bomb lilly the prosecutors continued on with the accusation against petitioner to convict and convict real innocent and so much- out regrets miscarriage of justice. that the same FBI agent explosive - expert Federick White - hurts did file an civil law suit on 1996 after testified for us government did on 1995 did with an civil law suit against USA

FBI crime lab an whostrites DC why then you cant set at side vietes always prison sentence when I did filed a civil argument with proof that U.S. constitution requir to proof I am inocent since 1993 and receive the fake conviction of the federal prosecutor mafia get me convicted with witnesses that proof that I am inocent then you most consider this letter and plead my motion because the FBI civil law unit give me the green light to go have inquiry and that whatever its been torture and over blew up with its arms under intelligentes spurge F.I.S.A - CSI - NASA - drive corp. - apollo - military at national international level including my own country Puerto Rico and SOS federal Reserve in its causing an intelligentes tech nological dead penalty do to the criminal sites prison bureau of prisons who get me down as the list of Alkaeda terrorist to get me kill and torturing like dare they and trying to kill me taking my life whatever my will to live and get incarcerated the rest criminal its destroying me before

as Jailed: retaliation against me in 1993 the Veterans of BOP its discriminating on me taking me since 1997 because I refused to work for the FBI do to the mail bombs attacks against u.s.p. leavenworth kansas its the Bureau of prison veterans ex soldiers who got me living under siege because I refused to turn informant on 1997 while I was at u.s.p. leavenworth kansas and because of it Now they been attacking me with an invisible exotic weapons of star wars lazer tubes technology that they created to my head neck neuro arm legs joint private parts and vital organs while trying to take my mental sanity away from me and destroying areas and keeping me segregated while with my mind occupied while killing me on segregation open population and refusing me into mental health treatment on 1998 2001 - 2007 this time permanently and they be as troops of reptil cowards so I cant never be beliebe

(7) ↓ again while ... [illegible]

doctors and psichologies of wor punished the Federal prison offi with Soft money that cover your governor Bill avers federal reserve flows paying coverage to look the other with away while I am getting an anty virgin intelligence technologi Col deal pretty on federal outtody overseas forging complaint and ask U.S. government and judge pelly to set prison sentenced at side that if you cant do that you should grant your cheering writes an attorney that been denied to me see docket number 983 of petitioner dated an 09/13/2004 I can't get release granted with out the legal assistance of counsel even se that I am inocent with evidence to proof it petitioner it indigent with out any income and with out legal assistance petitioner can die as petitioner its dying at the silent of the lamb overseas due to the war against terrorism and alkaeda because I am not an arab or american but spanish of Puerto Rico a religious person with asking for relief do to my arrest of justice search that FBI white ruts testified at trial for U.S. government in a civil law suit against alke (ast) FBI an 2003 asking they I should not win an oral argument supported with evidence and you ain certify its antitutional

(8) Petitioner Prays that the Under [illegible]

Read the petitioner motion and carefully understand it and grant ~~petitioner~~ victor alvarez Released granted due to the fact petitioner ~~it~~ not an conspirator against U.S.A and not a ~~terrorist but~~ an innocent spanish puerto Rican who been innocent set up by ~~provocateur~~ FBI corrupted FBI agents who created an dramatize operations. ~~therefore~~ this legal motion docket # 1000-~~[illegible]~~ and 1001 should be accepted in the light of justice ~~and~~ for one and for all under the ~~[illegible]~~ U.S.A - ~~Constitution~~: therefore Released must be granted.

Respectfully
ver. victor alvarez