# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 93 Cr. 181 (LGS) |
| Victor Alvarez | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Victor Alvarez .

Date: 08/22/2016

*Martin Cohen*
Digitally signed by Martin Cohen
DN: cn=Martin Cohen, o=Federal Defenders of New York, ou=Assistant Federal Defenders, email=martin_cohen@fd.org, c=US
Date: 2016.08.22 17:15:11 -04'00'

*Attorney's signature*

Martin Cohen
*Printed name and bar number*

Federal Defenders of New York
52 Duane Street - 10th Floor
New York, NY 10007
*Address*

martin_cohen@fd.org
*E-mail address*

(212) 417-8737
*Telephone number*

(212) 571-0392
*FAX number*