93CR181(LGS)

VICTOR ALVAREZ
  (VS)
UNITED STATES OF AMERICA

CIVIL Case NO S5.93 CR181 MBM

15-6-2017

## MOTION

Comes now petitioner to move this court to set petitioner free base on the c-span gov Television chanel were on year 2005 until 2014 the gouvernment M16 intelligent cos did ask for my freedom, I demand that you check with the T.V. chanel c-span for an check up and CIA GI office, Wilson Hernandez, Wilson Morales for further proof. thank you. write me back to let me know if you received this letter motion.

RECEIVED SDNY DOCKET UNIT 2017 JUN 21 AM 9:58

Vitor Alvarez
ID NO 3184305y
U.S.P
P.O. Box 130460
Atlanta GA 30315

Legal Michael B. Mulvasey
Usdistrict court Room
500 pearl street
New york city, Ny, 10007