David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2017

*By ECF*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**Re:** *United States v. Victor Alvarez*, **93 Cr. 181-09 (LGS)**

Dear Judge Schofield:

I write in response to the Court's order of November 28, 2016, in which The Court granted our application to stay Mr. Alvarez's § 2255 *Johnson* motion pending resolution of Mr. Alvarez's motion in the Second Circuit for leave to file a successive § 2255 motion. The Court ordered status letters to be filed every 45 days.

Mr. Alvarez's motion in the Second Circuit remains stayed pending decision in *United States v. Barrett*, 14-2641.

Respectfully Submitted,

/s/_____
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Michael Lockhart, Esq., via ECF
Mr. Victor Alvarez, USP Atlanta Register Number 34848-054