RECEIVED
SDNY DOCKET UNIT
2018 AUG 29 AM 9:52

93 CR 181

Victor Alvarez
(VS)
United States of America

Civil mono S.S. 93CR181 M 644

17/8/2018

Motion to order.

Comes now petitioner to move this US Court to stop the investigation of Metropolitan Correctional Center for federal prisoners MCC 150 Park Road NYC NY 10007 Lt John Morales Lt baca-chula Lopez Lt torrez and Captain Gibson and his wife and others that are conspiring against me with U.S. penitentiary CIA Izzy Rozario, GI CO correctional brown- bregat D. walters D. west Parks - Parks beth hair - hanibal - with off Francis - Francis - and Chicago US Military base of Chicago Illinois CIA GI Javier Cotto Javier Rozario Javier ortiz Johnie Cotto Johny Rozario Jhonie ortiz CIA GI Candida Rozario Candida Hernandez Candida Rozario Candida Gonzalez Candida ortiz Javier Hernandez Javier Gonzalez Johnie Johnie Gonzalez Jhonie Hernandez aka the Gorila gwo gretwa governor jackoshied of Illinois, salomon of the governor of Springfield Missouri, CIA GI Fei Tino Gonzalez Nelly Gonzalez Monica Gonzalez Ruben Gonzalez Nelly Hernandez Tino Hernandez Ruben Hernandez Tino Perrier

Maria Perez - CIA GI Colonel Julio Iglesias others not known or known the sept 11 commision Maria Hernandez - CIA GI dream, Angel Hernandez - ADX Super Max worth Willie and his wife sis - SIA BOP Kansas Tony Leppin Victor Manuel Hernandez Alvarez, Mrs Wickfelt secured Mental Health Pogram, SIA-SIS-FBI-CIA Attached at the BOP GI dead pretty nore step. elephant. FBI Pedro Hernandez judge Pedro Hernandez Celesio sept 11 commision at Puerto Rico - N- pentagon - CIA - sept 11 commision - GI dream. BOP commisay - service sept 11 Cayey Puerto Rico tep agentces. CIC sept 11 commision angel Hernandez us Military Cauy island Thomas Cerrigan et all comisay service the sept 11 commision. Victor Manuel Alvarez, Victor Manuel Ortiz, Scottish Rice Mazaray slave - Izazu Rosario Izazu Hernandez Izazu - Gonzalez Eddie Rosario Eddie Hernandez Eddie Alvarez - Maria Alvarez Perez Izazy Perez Johnie Hernandez Rosario Scottish theft. - Justice dept - N - State dept sept 11 Federal Reserve NY - Colorado - Missurie DC Texas. Others. US Marine Corps angel Hernandez sept 11 commision Erick Gibbs more sept 11 commision. Navy blue seals DC - CT angel Hernandez angel Minis Rosario Angel Alvarez Angel Gonzalez Tino Gonzalez Maria Socorro Gonzalez - GI colonel Maria Socorro Hernandez judge dept CIA Francis - Francisco Gonzalez Hernandez judge ADEMS the first. sept 11 commision Atlanta GA. (3) sept 11 commision Homeland Security

titled 18 USCA section 2255 <1995> At this time I was on transfer the warden of Lewisburg-sis-sia legal dept district Attorneys asistic o refused to informed me that I been grated freedom even so that the us all thoraties district Attorneys Izuzu Rezerve did win this care I was fite into transfer to other ma transfer order instead of setting me they were making millions of dellars week of of checks out of the federal Reserved, saying I am pending investigation do to terorism, accusation of politics this case was wake by an israeli name yeshudah far more information contact Elayne McCullehan smith aka Eley Ne Heenendez of us district attorneys office building nyc 1/2 w 42 street nyc ny 10032 also get the passport intact for more information contact head personel be Lodge of NYC centuri to say I am under investigation victor Phillip A youg Parks and victor Manuel ortez john oettie-tufuss co orps and Lucesa vestra Italien sept all comision breckling ny - bronx ny cocho and other along with this group of ex soldiers gis-cia-dia-da g.i. g.b. an. and Bop steff with this 14 cases centinued to say that I am under investigation while trying to kill me in prisony since 1943 and since 1947 attalking the nerbs intelligentes sistems and using drugs of experementation to come up with solution out US pharmacels drugs us military drugs

books on plasma laser invisibility Puerto Rico 33% also BOP staff of Puerto Rico at Fed correctional Ricardo Rivera others there continued that I am pending investigation but controlling thesis SIS dept personally at Marion U.S.P. Colorado ADX supermax SIS SIA and U.S. MCFFP Springfield MO. and others till today continued to set me free continued to give me an over step public cleved penalty using the many terming corps by pay review there its dead bodies at Lewisburg U.S.P. I was hell there I was hell at marion U.S.P. ADX supermax with evidence also at Atlanta Georgia U.S.P. my bodie its pending investigation they say but never let me see the us attorneys and private attorneys an 731 until 20 years later an Family member name JIMM smith who told an fulsed story an me they he knew that the help sect 11 commission officers clinten of USA. Springfield MO did Assisted him to proof that he been asesinated. I want to proof the fact with evidence that lazer invisibility SAT mineral and other chemical in precisysed, by my father an scientifick of NYC does makes the reality of the seen to become unseen there evidences on this fact of engenered. also I preg hereinby an person according to the law cant be investigated for 27 years for crimes of politics of the prisoners, or for an alleged on of the US gucernmt in this case the

lost results to dismantled resistance good characteristics of islam at we had but delivering warfare an secret to distinguish the number of muslims worldwide for protecting an finance-profit litinien and they to say they were under the order of an order of George W. Bush, George H.W. Bush, CIA, an attack of Afghanistan - killing almost one billion afghanis, not counting the secrets warfare in pakistan - palestine to make an greater territoire but also kill Rabin the prime minister to stop an level- for bread and peace during 27 years. This exodus continued to say that Jay- an terrorist with evidence provided to me and others that this group was working with the US military Fort Bragg south carolina Colonel Robert D. Atkine and Sgt Alyre Hammar the spys of USA knows it well as puerto ricans and we were together on celebration an in these area as to I never went to Afghanistan and Russia to stop his Hollow star an 1970s an 2005 this case was win by MI6 NYC will say Morales will say Hernandez and will say Hernandez was signed by Obama Barack and while I was at the scopes max I was denied freedom due to gis of the BOP and M CIA. witness an 2007 this case was win by CIA JUNIE OA JG

used by the ~~marines~~ Marines Corps angel puwis rescue or angel Hernandez who implemented it in the 1970s ensuring the BOP pharmacies drug store continued to used it in all drugs to hell slow but to make the person not its mental stable to look as if he its mentally ill with hand trembling makes carry gun and saliver none stop. Also affected the speach. Be advised even so that I react that I am mental stable under close electronic cyber intelligence spionege. I was been fine till now into psichiatric treatment de te spionege. Now are jumps at me to beat a dead real horse. I never promoted myself. I collaborated with all parties of the minds w Intelligence level. I was pardon on 2016 orders by the President existing President Donal Trump and I was denied freedom by psichologist mrs Thomas-Brewer-Lipman others are the warden D.J. Hammar and CIA colonel in FBI Intelligence of BCP y SR. Alcanta veedguer which have an Intelligence sistem by US hazardues and US Military that prosecute me into an secure mental Health program to cover an Intelligent R.I.C.O. at BCP-CIA-US military-G.I.C. US level both USA and Puerto Rico where are

g.A. We are an Intelligences R.U.G.O. and are controlling the President Donald Trump He scared I don't walk out of federal gov not in personnel I am not on scottish ride student level on learned of Zionist Movement in U.S.A. I demand that you behave to make criminal charges on my person but also to set me free, and stop the illigal cyber electronical Intelligences spyware beare, its been affecting me I lost my youth behind bars well I am 53 years old going to 54 years on Feb 22, 2019. I'm a) exceirated by us Congress and the president Trump why I can't go home now? Judge Lean under a scoffold did denied me the right to walk and did not rescored my meeting Jell of cures citation to general lopez w/ Marine masonary Check me out of prison open finally that I supposed to be free. We don't used these scotish ride have an sperm egg theft they stoled my future children for no predicate and charge on Zionism at Mazayny level using the tellovisen technology on satellite. Don't let my people Jewan We Worlds free. Intelligences to decease (13