# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 14, 2019

*By ECF*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

**Re:    *United States v. Victor Alvarez*, 93 Cr. 181-09 (LGS)**

Dear Judge Schofield:

    I write pursuant to the Court's order of September 26, 2018, directing the parties to submit a letter every 45 days concerning the status of Mr. Alvarez's motion in the Second Circuit for leave to file a successive § 2255 motion. Mr. Alvarez's motion in the Second Circuit remains pending.

                         Respectfully Submitted,

                         /s/
                         Martin S. Cohen
                         Ass't Federal Defender
                         (212) 417-8737

Matthew Hellman, Esq., via ECF
Mr. Victor Alvarez, USP Atlanta Register Number 34848-054