RECEIVED NOV 19 2019 CHAMBERS OF LORNA G. SCHOFIELD U.S.D.J.
Docket and File
93-CR-181 (LGS)-09
Doc# 1144
U.S. DISTRICT COURT FILED NOV 13 2019 S.D. OF N.Y.
RECEIVED NOV 22 2019 PRO SE OFFICE

Victor Alvarez
(vs)
United States of America

civil case no 5-5-93
cr 181 MBH
9/11/2019

Comes the U.S. district court to forward me order for oct no titled NO: 5:US:CA section K0552(a) t(s) in the copy of the docket sheet last also in copy of the letter of my attorney federal defender Jerry a Bert want those be present to me that to win my loan appeal 9(24)(c) w(3). My letter was referred always from no one turn with exotic religion keeping of satellites change of mike oldey wife steve colonel Pedro Hernandez ge Lopez Ferede Hernandez-ortega. the charge the letter after I do plead the letter saying that he can ben granted freedom the sept 11 comision ben causing technologie to caredect an illegal hostage takens No 1997 using the degree de research his life of cal victor alvarez (u) U.S.P marian (brown) titled USCA section 2255 (1997) upon reading his letter do away these Prison P cusp. Marti CA secured with pedeoth steclegen pogram. open stewed imidiately office my released my jesye be they onehew mcCcolenhan federal pesle deep Revure as intellgates inseriptia of the coffer of takery Itos be advised I shell her been sed tel at rela of cy president Dovold Trump you can contept clary Trump to verified his also conept federal judge andrew meCcolehan
thanks for qua help

Vicky Alvares
3484054
US Penitentiary
Peutentiary 160
Atlanta GA 30315

Reply received
US District Court
see Reed Sheet
New York NY 10007

Crim 6P

RECEIVED
2019 NOV 13 PM 2:[?]
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
NOV 14 2019
CHAMBERS OF
LORNA G. SCHOFIELD
U.S.D.J.

RECEIVED
NOV 14 2019
PRO SE OFFICE

ATLANTA METRO 300

FOREVER / USA