USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA          : 93 Cr. 181 (LAP)
                                  :
     -against-                    :
                                  : ORDER
VICTOR ALVAREZ,                   :
                                  :
                    Defendant.    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Alvarez's letter filed on November 13, 2019 [dkt. no. 1144]. Other than the request for a copy of the docket sheet, the Court is unable to decipher what else, if anything, Mr. Alvarez is requesting. The Court requests Mr. Alvarez to resubmit his letter in a more legible form.

The Clerk of the Court shall mail to Mr. Alvarez a copy of the docket sheet and a copy of this order.

SO ORDERED.

Dated:   New York, New York
         November 26 2019

_____
Loretta A. Preska,
Senior U.S.D.J.

1