RECEIVED DEC 10 2019
RECEIVED NOV 27 2019
Docket and File

Victor Alvarez (U) 6593
United States of America CR 13-1761

order 12/11/2019

Comes now petitioner to move this US district court to expend me the ferms to filed a civil leave suit matter ferm to filled an order of arrest for obstruction of law on the right to be free. This one been order by 2 co US-president Bill Clinton in 2006-1997-2018 order for my freedom also Royald Trump on in 2016-2017-2019 all the following U.S.P. prison FC and US medical center for fed prison springfield missury and ADX supermax and USP Atlanta GA won't refused to set me free including Terry Lapping partly leppin prison refused to set me free after all US Fed. oversight did order for my Freedom prisoner—Victor Alvarez (U) USA-BOP— violated act and titled 18 USCA section 2255 (2018) so much typist was not the BCP refused to set me free as in the decreed for an decreed

[FILED stamp]

Do research this great con victor alvarez (s) last florida breech titled 5 USCA section 2255 (request for try Reyes) I'll need you too late to act get out over their plot of obstruction of law. no right to be free. ree it for yurself? also do (CMCA) CIM (CTU) they holding us segregate incommunicado and using entrapment and investigative to hold us with no credibility they re asing all prisoners to with belgue in an secret intelligents secret in prisoner t. The BOP crime group and staff commission do to torture and mental health treatment. Don't believe me it for yourself research BOP policy no 507 program statements states if victor alvarez states he is a agent Falls victims cant never get got off any grip; mazovic lee polly gonzalez Alexander Jenkins Reyes you need to forword me the paper for me to filled civil charges and civil law suit to force the right of freedom of us demoerz sey. no before I will apicated your collaboration.

[signature]

Mr. Victor Dwakey
IDNO 248480-054
US-P
PO Box 150160
Atlanta GA 20335

Pro Se Intake
KH

ATLANTA METRO GA
USMP3
SDNY

RECEIVED
2019 NOV 25 PM 4:02
CLERKS OFFICE
S.D.N.Y.

RECEIVED
NOV 27 2019
PRO SE OFFICE

To: US-district court
federal judge
Andrew L. Carter Jr.
500 pearl street
New York, NY cccc7