Victor Alvarez
(VS)
United States of America

Civil case No S[?]
93CR181 MBM
8/12/2009.

Motion to order.

Comes now defendant to new the US district court to let no review my case the US federal court because they the staff of U.S.P. Atlanta want let no have the law books that I have been exonerated. and send no a paper that passed substances into the federal court.

RECEIVED DEC 20 2019 CHAMBERS OF LORNA G. SCHOFIELD U.S.D.J.

RECEIVED DEC 17 2019 PRO SE OFFICE

Victor Alvarez
38492054
U.S.P.
P.O. Box 150160
Atlanta Georgia
30315

Pro Se Intake



To U.S. district court
judge and pro se clerk of the court
500 pearl street New York
NY 10007

RECEIVED DEC 17 2019 PRO SE OFFICE