USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR ALVAREZ,
                                      Petitioner,

             -against-

UNITED STATES OF AMERICA,
                                    Respondent.
-------------------------------------------------------------X

16 Civ. 4515 (LGS)
93 Cr. 181-09 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 2, 2020, Petitioner filed two letters (Dkt. Nos. 1152, 1153);

WHEREAS, it is unclear from the letters what requests Petitioner is making, if any, beyond a request for a copy of the docket sheet. It is hereby

**ORDERED** that Petitioner's counsel shall speak with Petitioner and, if Petitioner has requests that should be brought to the attention of the Court, Petitioner's counsel shall file a typewritten letter by **January 10, 2020**.

The Clerk of Court is respectfully requested to mail to Petitioner a copy of the docket sheet and a copy of this Order.

Dated: January 3, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE