UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,           :
                              Plaintiff,    :
                                                   :       93 Cr. 181-09 (LGS)
             -against-                   :
                                                   :       <u>ORDER</u>
VICTOR ALVAREZ,                          :
                                     Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 10, 2020, the Government filed an application to modify Defendant's conditions of release (the "Application") (Dkt. No. 1169);

       WHEREAS, according to the Application, Defendant is scheduled to be released from prison, and his supervised release is scheduled to begin, on July 30, 2020;

       WHEREAS, the Government reports that Defendant has informed Probation via the Bureau of Prisons that he does not consent to the addition of the proposed conditions;

       WHEREAS, the Federal Defenders has advised the Government that they are conflicted from further representing the Defendant.  It is hereby

       **ORDERED** that the Court appoints Derek Cohen as counsel under the Criminal Justice Act, 18 U.S.C. § 3006A, for the limited purpose of representing Defendant in connection with the Application.  It is further

       **ORDERED** that, as soon as possible and no later than **July 20, 2020**, Defendant's counsel shall meet and confer with the Government and file a letter to (1) confirm that Defendant opposes the proposed modifications to the conditions of release, or apprise the Court of Defendant's position if Defendant does not oppose some or all of the proposed modifications; (2) propose a timeline for next steps including, as necessary, a proposed date for a hearing.  It is

further

    **ORDERED** that the Government's request to file Exhibit B, and portions of the Application, under seal is **GRANTED**.

Dated: July 13, 2020
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**