

Derek A. Cohen
212.459.7060
dcohen@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

July 21, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *United States v. Victor Alvarez 1:93-cr-00181(LGS-9)*

Dear Judge Schofield:

As I indicated in my previous letter to the Court, I was able to speak briefly with Mr. Alvarez today by telephone to explain that I had been appointed pursuant to the Criminal Justice Act to represent him in connection with the Government's motion to modify his supervised release conditions.

Mr. Alvarez instructed me to inform the Court that he wishes to choose his own attorney and refuses to have me represent him.

Respectfully submitted,

s/Derek A. Cohen

Derek A. Cohen
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.459.7060
Fax.: 212.208.2573
dcohen@goodwinlaw.com

cc:   AUSA Samuel Rothschild (via email)