UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA,                         :
                              Plaintiff,          :
                                                  :      93 Cr. 181-09 (LGS)
              -against-                           :
                                                  :      ORDER
VICTOR ALVAREZ,                                   :
                              Defendant,          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is ORDERED that, by July 28, 2020, the parties shall jointly file a letter to apprise the Court of the District into which Defendant will be released and will reside.

Dated: July 27, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**