

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2020

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Victor Alvarez*, No. 93 Cr. 181 (LGS)

Dear Judge Schofield:

      I write pursuant to the Court's July 27, 2020 order (Dkt. 1177) to inform the Court that the defendant will be released to the Southern District of New York. Specifically, I have been advised by the Federal Bureau of Prisons ("BOP") that BOP will transport the defendant to the U.S. Probation Office ("Probation") at 500 Pearl Street by approximately 10:00 a.m. on Thursday, July 30, 2020.

      I have conferred with defense counsel and Probation. The defendant continues to request that any hearing on the Government's application to modify the conditions of the defendant's supervised release (Dkt. 1169) occur in person, as opposed to remotely. (*See* Dkt. 1176).

      The parties jointly respectfully request that the Court schedule the hearing any time after 12:00 p.m. on Thursday, July 30, 2020.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:  */s/ Samuel P. Rothschild*

      Samuel P. Rothschild
      Assistant United States Attorney
      (212) 637-2504

cc: Carla Sanderson, Esq. (by ECF)

    Probation Officer Michael P. Nicholson (by email)