UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,        :
                              Plaintiff,  :
                                               :             93 Cr. 181-09 (LGS)
               -against-              :
                                               :             <u>ORDER</u>
VICTOR ALVAREZ,                    :
                                Defendant,  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that, as soon as possible and in any event no later than **July 29, 2020**, the Government shall file under seal and provide to Defendant's counsel a copy of Defendant's medical records. If the Government is unable to provide the medical records by that date, the Government shall file a letter by July 29, 2020, proposing a deadline to so file.

Dated: July 27, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**