UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                              Plaintiff,

                              93 Cr. 181-09 (LGS)
            -against-

                              ORDER
    VICTOR ALVAREZ,
                            Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is **ORDERED** that a hearing will be held on **July 30, 2020, at noon** before the Part I Judge or another U.S. District Court Judge to address the Government's application to modify Defendant's conditions of release at Dkt. No. 1169.  An order confirming the location and time of the hearing will issue separately.  It is further

    **ORDERED** that the Government shall ensure Defendant's counsel has access to all materials relating to its application previously filed under seal.

Dated: July 27, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE