UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :   93 Cr. 181-09 (LGS)
              -against-                                     :
                                                            :   ORDER
VICTOR ALVAREZ,                                             :
                              Defendant,                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that the Government shall file, in consultation with Probation if necessary, a letter response to Defendant's letter at Dkt. No. 1176 by **July 29, 2020**, to address, *inter alia*, the competing interests at issue and whether a mental health evaluation is necessary to make involuntary medication a supervised release term.

Dated: July 28, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**